Jason B. Lattimore
**The Law Office Of**
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAN FI INTERNATIONAL, INC. and ETL, LLC, <br><br> Defendants. | Case No: 2:16-cv-01142-MCA-LDW <br><br> **STIPULATION AND ORDER DISMISSING ALL CLAIMS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Interlink Products International, Inc., Fan Fi International, Inc. and ETL, LLC, through their respective undersigned counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims (including all counterclaims) asserted in this action are hereby dismissed. The Court shall retain jurisdiction for the limited purposes of deciding any application, motion or proceeding to enter judgment for noncompliance with the payment terms of the parties' settlement agreement, and to enter such judgment if appropriate under the terms of the settlement. Each party shall bear its own attorneys' fees and costs.

**[SIGNATURE PAGE FOLLOWS]**

Dated: February 12, 2018								Dated: February 12, 2018

_s/ Jason B. Lattimore_							_s/ Vincent J. Velardo_
Jason B. Lattimore								Vincent J. Velardo (VV7047)
**JASON B. LATTIMORE, ESQ. LLC.**					velardo@litchfieldcavo.com
55 Madison Avenue, Suite 400						**LITCHFIELD CAVO LLP**
Morristown, NJ 07960								420 Lexington Avenue, Suite 2104
Tel.: (973) 998-7477								New York, NY 10170
Fax: (973) 264-1159								Phone: (212) 818-0288
Jason@LattimoreLaw.com							Fax: (212) 434-0105

*Attorney for Plaintiff*

Brent Johnson (Admitted *pro hac vice*)
bjohnson@hollandhart.com
Brett L. Foster (Admitted *pro hac vice*)
bfoster@hollandhart.com
Mark A. Miller (Admitted *pro hac vice*)
mamiller@hollandhart.com
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

Christopher B. Hadley
(Admitted *pro hac vice*)
**DART, ADAMSON & DONOVAN**
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Phone: (435) 615-2264
Fax: (435) 608-1697
cbhadley@dadlaw.net

*Attorneys for Defendants*
*Fan Fi International, Inc. and*
*ETL, LLC*

SO ORDERED: _____  2/21/18
HON. MADELINE COX ARLEO, U.S.D.J.